```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 06 B 14246
   BEULAH M GREEN
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-8776
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 11/02/06 and confirmed on 02/27/07.

2. The case was dismissed after confirmation, 10/10/2008.

3. The Debtor paid a total of $   7356.24 .

4. The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| US BANK HOME MTGE | CURRENT MORTG | .00 | .00 | .00 |
| US BANK HOME MTGE | MORTGAGE ARRE | 9279.66 | .00 | 3744.15 |
| CDA PONTIAC | UNSECURED | NOT FILED | .00 | .00 |
| CREDITORS COLLECTION BUR | UNSECURED | NOT FILED | .00 | .00 |
| ENCORE | UNSECURED | NOT FILED | .00 | .00 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 403.86 | .00 | .00 |
| FIRST REVENUE ASSURANCE | UNSECURED | NOT FILED | .00 | .00 |
| TCF NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL SYSTEMS IN | UNSECURED | NOT FILED | .00 | .00 |
| OSI FUNDING LLC | UNSECURED | NOT FILED | .00 | .00 |
| OSI FUNDING LLC | UNSECURED | NOT FILED | .00 | .00 |
| OSI FUNDING LLC | UNSECURED | NOT FILED | .00 | .00 |
| US DEPARTMENT OF EDUCATI | UNSECURED | .00 | .00 | .00 |
| ILLINOIS DEPT REVENUE | PRIORITY | 17.16 | .00 | .00 |
| ILLINOIS DEPT REVENUE | UNSECURED | 280.32 | .00 | .00 |

Summary of disbursements:

---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 9279.66 | 17.16 | 684.18 | .00 | 9981.00 |
| PRINCIPAL PAID | 3744.15 | .00 | .00 | .00 | 3744.15 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 3744.15 | .00 | .00 | .00 | 3744.15 |

The Debtor's attorney, ROBERT J SEMRAD & ASSOC   , was allowed $   3435.00 and was paid $   166.00  direct and $   3269.00  through the plan.

The Trustee received $   343.09 .

Refunds to the Debtor totaled $       .00 .

Wherefore, the Trustee requests an order be entered discharging

the Trustee and the surety on his bond from any further liability in this case.


    Dated: 01/16/09                            /S/
                                               GLENN STEARNS
                                               CHAPTER 13 TRUSTEE